O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION DURRELL HAYES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W. L. MONTGOMERY,<br><br>　　　　Respondent. | Case No. CV 14-4930-DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 2, 2015

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE